**DUANE MORRIS LLP**
Jennifer A. Riley (SBN 360545)
JARiley@duanemorris.com
865 South Figueroa Street, Suite 3100
Los Angeles, California 90017-5450
Telephone: +1 213 689 7400
Facsimile: +1 213 689 7401

**DUANE MORRIS LLP**
Justin R. Donoho (*pro hac vice*)
JRDonoho@duanemorris.com
Hayley H. Ryan (*pro hac vice*)
HHRyan@duanemorris.com
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: +1 312 499 6700
Fax: +1 312 499 6701

Attorneys for Defendant
WAYFAIR LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| JOSEPH LIMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAYFAIR LLC, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 25-CV-11185-DMG<br><br>**DEFENDANT WAYFAIR LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[Removed from Los Angeles Superior Court, Case No. 25STCV30609]<br><br>[Filed concurrently with Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Hayley Ryan, Proposed Order, and Rule 5.1 Notice]<br><br>Hearing Date: June 5, 2026<br><br>Time: 9:30 a.m.<br><br>Judge: District Judge Dolly M. Gee |

**TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT,** on June 5, 2026 at 9:30 a.m. in the courtroom of the Honorable Dolly M. Gee, United States District Judge, 350 W. First Street, Courtroom 8C, 8th Floor, Los Angeles, California 90012, Defendant, WAYFAIR LLC ("Defendant" or "Wayfair"), by and through its counsel of record, will and hereby does move for an order dismissing Plaintiff Joseph Limas's ("Plaintiff") First Amended Class Action Complaint for Violation of California Invasion of Privacy Act (the "Complaint") in its entirety.

In Plaintiff's Complaint, he asserts claims for: (1) Violation of the California Invasion of Privacy Act, Cal. Penal Code § 631 and (2) Violation of the California Invasion of Privacy Act, Cal. Penal Code § 635.81. Pursuant to Federal Rule of Civil Procedure 12(b)(6), Wayfair moves to dismiss both claims on the ground that Plaintiff fails to state claims upon which relief can be granted because Plaintiff fails to plausibly one or more elements of both claims. In the alternative, Plaintiff's claims fail because Plaintiff bases them on statutory interpretations that would violate the rule of lenity and cannon against absurd results. Additionally, Plaintiff's claims fail because if Plaintiff's Complaint did trigger the California Invasion of Privacy Act, then the California Invasion of Privacy Act does not survive scrutiny under the First Amendment.

This Motion is made following the conference of counsel which occurred on February 18, 2026.

This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) and is based on this Notice, and the accompanying Memorandum of Points and Authorities, Declaration of Hayley Ryan in compliance with Local Rule 7-3, Request for Judicial Notice, [Proposed] Order, all other supporting papers and documents on file with the Court, the record in this action, and such oral and documentary evidence as may be presented at the hearing.

Dated: February 23, 2026

Respectfully Submitted,

**DUANE MORRIS LLP**

By: /s/ *Jennifer A. Riley*
Jennifer A. Riley

Attorney for Defendant Wayfair LLC